

Arrest on Out-of-District Offense

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### ARREST ON OUT-OF-DISTRICT OFFENSE

**'08 MJ 8046**

Magistrate Case Number: _____

The person charged as <u>QUINTERO-Cervantes, Jose Ascencion</u> now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the _____ District of <u>Arizona</u> _____

with <u>Supervised Release Violation</u> _____, in

violation of <u>18 Unites States Code, Section 3606</u> _____

The charging documents and the warrant of the arrest of the defendant which was issued by the above United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: 01/22/2008

_____ #3273
(Name)
Deputy United States Marshal

Reviewed and Approved:

Dated: 1-22-08

_____
Assistant United States Attorney
JOHN F. WEIS

**FILED**
JAN 2 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

AO 442 (Rev.5/85-AZ) Warrant for Arrest

United States District Court
District of Arizona

UNITED STATES OF AMERICA

vs.

JOSE ASCENCION QUINTERO-CERVANTES

WARRANT FOR ARREST

SEALED

CASE NUMBER: CR 05-777-01-PHX-EHC

To: The United States Marshal and any Authorized United States Officer or authorized representative:

YOU ARE HEREBY COMMANDED TO ARREST **JOSE ASCENCION QUINTERO-CERVANTES**

and bring him or her forthwith to the nearest magistrate to answer a(n):

( ) Probation Violation Petition  (X) Supervised Release Violation Petition  ( ) Pretrial Release Violation

RICHARD H. WEARE
Name of Issuing Officer

/s/ Richter
By Deputy Clerk

District Court Executive/Clerk of Court
Title of Issuing Officer

November 21, 2007, PHOENIX, ARIZONA
Date and Location

Bail fixed at $ _____  by _____

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at ||| 
| Date Received | Name and Title of Arresting Officer | Signature of Arresting Officer |
| Date of Arrest | | |

COPY  COPY

2007 NOV 21 PM 12:17
RECEIVED
US MARSHALS SERVICE
DIST-AZ PHOENIX

P_Prob12.fm
(Rev. 12/04)

# UNITED STATES DISTRICT COURT
## for
## DISTRICT OF ARIZONA

United States v. Jose Ascencion Quintero-Cervantes       Docket No. CR05-00777-001-PHX-EHC

☒ FILED    ___ LODGED
___ RECEIVED  ☒ COPY
NOV 21 2007
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**SEALED**

### Petition to Revoke Supervised Release

**COMES NOW PROBATION OFFICER** Branden Austill presenting an official report on Jose Ascencion Quintero-Cervantes who was committed to the Bureau of Prisons on April 17, 2006 by the Honorable Earl H. Carroll presiding in the District Court of Arizona. A three year period of supervised release was imposed, and supervision commenced upon the offender's discharge from imprisonment on September 19, 2007. In addition to the general terms and conditions adopted by the court, the offender was ordered to comply with the following special conditions:

1. You shall submit your person, property (including but not limited to computer, electronic devices, and storage media), residence, office, or vehicle to a search conducted by a probation officer, at a reasonable time and in a reasonable manner.

2. You seek and obtain verifiable employment and not change your place of employment or your place of residence without prior notice to the probation officer.

Amended special condition on September 20, 2007:

3. Quintero-Cervantes granted permission to reside with his family in San Luis, Mexico.

Jose Ascencion Quintero-Cervantes was convicted of violating Title 21, USC §841(a)(1) and (b)(1)(C), Possession with Intent to Distribute more than 50 kilograms but less than 80 kilograms of Marijuana, a Class C Felony Offense.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

A. **Violation of Standard Condition #3: You shall report to the Probation Office as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**

   1. Quintero-Cervantes did not report on September 24, 2007, as instructed by the probation officer. A Grade C Violation §7B1.1(a)(3)

   2. Quintero-Cervantes did not submit a monthly supervision report for the month of September 2007. A Grade C Violation §7B1.1(a)(3)

Page 2
U.S.A. v. Jose Ascencion Quintero-Cervantes
Docket No. CR05-00777-001-PHX-EHC
November 7, 2007

B. **Violation of Standard Condition #7: You shall notify the probation officer at least ten days prior to any change of residence or employment.**

Quintero-Cervantes did not provide written verification of his living arrangements in San Luis, Rio Colorado, Sonoroa, Mexico as instructed by the probation officer on September 20, 2007. To date, the offender's current whereabouts are unknown. A Grade C Violation §7B1.1(a)(3)

C. **Violation of Standard Condition #13: You shall immediately notify the probation officer (within forty-eight (48) hours if during a weekend or on a holiday) of being arrested or questioned by a law enforcement officer.**

Quintero-Cervantes did not report law enforcement contact he had on September 25, 2007 while entering the United States at the San Luis, Arizona Port of Entry at 0329 hours. A Grade C Violation §7B1.1(a)(3)

Page 3
U.S.A. v. Jose Ascencion Quintero-Cervantes
Docket No. CR05-00777-001-PHX-EHC
November 7, 2007

## AFFIDAVIT AND PETITION PRAYING THAT THE COURT WILL ORDER A WARRANT BE ISSUED

In conformance with the provision of 28 U.S.C. § 1746, I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge. Based on the Information presented that the offender has violated conditions of supervision, I am petitioning the Court to issue a warrant.

_____      11-7-2007
Branden Austill,                      Date
U.S. Probation Officer

Reviewed by,

_____      11-7-2007
Abelardo R. Colores                   Date
Supervisory U.S. Probation Officer

Reviewed by

_____      11/15/07
Steven P. Logan                       Date
Assistant U.S. Attorney

## ORDER OF COURT

I find there is probable cause to believe the offender has violated conditions of supervision, supported by the above affirmation given under penalty of perjury. The Court orders the issuance of a warrant. Considered and ordered this __19__ day of __November__, 20_07_ and ordered filed and made a part of the records in the above case.

_____
The Honorable Earl H. Carroll,
Senior U.S. District Judge

I hereby attest and certify on __11-21-07__
that the foregoing document is a full, true and correct
copy of the original on file in my office and in my custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF ARIZONA

By_____ Deputy

Defense Counsel:

Brandon N. Cotto
1 Renaissance Sqaure
2 North Central Avenue, Suite 735
Phoenix, Arizona 85004
(602) 443-2220

2007 NOV 21 PH 12:17
DIST-AZ PHOENIX
US MARSHALS SERVICE
RECEIVED