# MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. vs.     JOSE ASCENCION QUINTERO-CERVANTES          No.  08MJ8046

HON.   PETER C. LEWIS           Tape No.   PCL08-1:15:18-15:24

Asst. U.S. Attorney   JOHN F. WEISS          PTSO

|      |                                                  |   |     |     |     |                         |  #  | Status |
|------|--------------------------------------------------|---|-----|-----|-----|-------------------------|-----|--------|
| Atty | MATTHEW HAGEN FD S/A for DIANE M. REGAN FD N/A   | X | Apt | ___ | Ret | for QUINTERO-CERVANTES  | (01)| (C)    |

PROCEEDINGS:     ___ In Chambers     X In Court     ___ By Telephone

STATUS CONFERENCE RE REMOVAL HELD.

REMOVAL/ID HEARING SET FOR 2/5/08 AT 1:30 PM - VACATED.

DEFENDANT WAIVES IDENTITY HEARING.
DEFENDANT ADMITS IDENTITY.
WAIVER OF REMOVAL HEARING FILED.

DEFT IS ORDERED REMOVED TO THE DISTRICT OF ARIZONA FORTHWITH.

WARRANT OF REMOVAL ISSUED.

Date     1/31/08                              M. Mirabella for T. Romero
                                              Deputy's Initials