# UNITED STATES DISTRICT COURT

Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

FILED

08 FEB 26 PH 2: 56

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: CP                          DEPUTY

W. Samuel Hamrick, Jr.
Clerk of Court

February 11, 2008

Clerk, U.S. District Court
District of Arizona
401 West Washington Street
Phoenix, AZ 85003-2146

        Re:    08mj8046 PCL, USA v. Quintero-Cervantes

Dear Clerk of the Court:

    Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

| | | | |
|---|---|---|---|
| X | Docket Sheet | X | Warrant of Removal |
| X | Complaint | ___ | Order of Removal |
| ___ | Minute Order Appointing Counsel | ___ | Detention Order |
| ___ | Corporate Surety Bond | ___ | Waiver of Removal |
| ___ | Personal Surety Bond | | |
| ___ | Other | Notice of appearance; Minutes dated 1/31/08; Waiver of Rule 32.1 hrgs | |

    Please acknowledge receipt of the above documents on the enclosed copy of this letter.

                              Sincerely yours,

                              W. Samuel Hamrick, Jr.
                              Clerk of Court

                              P. DELA CRUZ

                              By: _____
                                  P. Dela Cruz, Deputy Clerk

___ FILED      ___ LODGED
___ RECEIVED   ___ COPY

FEB 2 X 2008

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____DEPUTY